IN THE UNITED STATES DISTRICT COURT
FOR THE **Western** DISTRICT OF **Pennsylvania**
**Pittsburgh** DIVISION
*(Write the District and Division, if any, of*
*the court in which the complaint is filed.)*

Without Prejudice UCC 1 - 308

Joshua - P: Winczner

_____

_____

*(Write the full name of each plaintiff who is filing*
*this complaint. If the names of all the plaintiffs*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.)*

-against-

Common Wealth P.A

_____

_____

*(Write the full name of each defendant who is*
*being sued. If the names of all the defendants*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.)*

**Complaint for a Civil Case**

Case No. **17-1553**

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

**RECEIVED**

NOV 30 2017

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

*without prejudice*

| | |
|---|---|
| Name | Joshua~ P: Winczner |
| Street Address | 3045 Pyramid |
| City and County | Ave Apt F4 |
| State and Zip Code | pgh PA 15227 |
| Telephone Number | 412 737-8761 |
| E-mail Address | Winczner Joshua 33@gmail com |

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization, or
a corporation.  For an individual defendant, include the person's job or title (if
known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Commonwealth PA |
| Job or Title (if known) | my workers |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____
(if known)

Defendant No. 3

Name    _____

Job or Title    _____
(if known)

Street Address    _____

City and County    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____
(if known)

Defendant No. 4

Name    _____

Job or Title    _____
(if known)

Street Address    _____

City and County    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____
(if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☐  Federal question                    ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

I CLAIM Common LAW Jurisdiction

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

UCC 1- 308

1.      The Plaintiff(s)

a.      If the plaintiff is an individual without prejudice

The plaintiff, *(name)* Joshua-P. winczner, is a citizen of the State of *(name)* _____.

b.      If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.   If the defendant is a corporation

The defendant, *(name)* _Common whelth PA_, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or is*
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

_____
_____
_____

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

I Joshua-P: Winczner CIAim
COMMON LAW. JuRISDICTION
I have the Right to travel
freely as a free person under
II Am. Jur. (1st) Constitutional
LAW. Sect. 329, P, 1135 I Joshua-P
: Winczner Do Not require a
Driver Licensing in the
UNITED STATES of AMERICA AND
CAN Not Imppvise OR inprisonment Free citizen

IV.     **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Give my truck bACk
2001 ~~____~~ GMC yukon
white privet vessel
private property

V.     **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.      **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _NOV 30, 2017_

Signature of Plaintiff _____

Printed Name of Plaintiff _____

B.      **For Attorneys**

Date of signing: _____, 20___.

Signature of Attorney    _____

Printed Name of Attorney  _____

Bar Number      _____

Name of Law Firm    _____

Address        _____

Telephone Number   _____

E-mail Address     _____